**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**
─────────────────────────────── x
COREY D. CLARK,
JAERED ANDREWS


    Appellants                                     Case No. 14-5709

v.

VIACOM INTERNATIONAL, INC.
VIACOM MEDIA NETWORKS,
VIACOM, INC.
JIM CANTIELLO, JOHN DOES 1-20

    Appellees.
─────────────────────────────── x


## APPELLANTS' EMERGENCY REQUEST FOR A CONTIUANCE OF MARCH 5 HEARING ON ORAL ARGUMENT

     UPON Counsel's Good Faith Declaration, attached hereto, and upon Good Cause Shown, Appellants Corey D. Clark and Jaered N. Andrews ("Appellants"), via their counsel James H. Freeman ("Counsel"), respectfully move the Court *ex parte* to grant their motion for a continuance of the oral argument hearing set for March 5, 2015. This emergency application is made on grounds that Counsel is suffering from an incapacitating flu and is not physically able to travel to Cincinnati for the March 5 hearing.

     This is the Appellants' first request for a continuance.

Dated:    New York, New York
             March 4, 2015

                                                        **By: /jameshfreeman/**
                                                        *Counsel for Appellants*
                                                        *Clark and Andrews*

**GOOD FAITH DECLARATION OF APPELLANTS' COUNSEL**

I, JAMES H. FREEMAN, hereby declare under the penalty of perjury that the following statements are true and correct to the best of my personal knowledge:

1. I am lead counsel for Appellants in the above-referenced action, Case No. 14-5709.

2. I requested oral argument on behalf of my clients in this matter and I truly looked forward to appearing before the Court to argue the appeal.

3. Unfortunately, despite best efforts, I am not able to attend tomorrow's oral argument on March 5 because I am experiencing flu-like symptoms which impair my ability to travel.

4. I had planned to drive today from New York to Cincinnati, which is about a ten-hour drive.

5. I had originally planned to fly, but after Appellees moved the Court to reschedule the hearing, I held off on purchasing an airline ticket because I did not want incur the change fees in the event Appellees' motion was granted.

6. After learning that the March 5 date would remain on schedule, I realized that the airfare had substantially increased and so I decided to drive out to Cincinnati in order to save costs.

7. However, as of this morning, I am experiencing terrible flu-like symptoms and I am not in the condition to drive long distances.

8. Before filing this application, I informed Appellees' counsel that I

would not be able to attend the March 5 hearing due to illness.

9. I sincerely apologize to the Court for this unfortunate predictament and I hope to have the opportunity to appear before the Court at a future date at the Court's convenience.

**WHEREFORE,** for good cause shown, I respectfully request that the Court grant Appellants' emergency request for a continuance of the hearing on oral argument scheduled for March 5.

Dated:    New York, New York
          March 4, 2015

JH FREEMAN LAW

By: _____
    James H. Freeman

*Attorney for Appellants Corey D. Clark and Jaered N. Andrews*